**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
BLUE AXIS GLOBAL LTD, et al.

|  |  |
|---|---|
| Petitioners, | 25 **CIVIL** 9678 (JPO) |
| -against- | **JUDGMENT** |
| ALOPEX ADVISORS, LLC, | |
| Respondent. | |

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 30, 2026, the petition to confirm the arbitration award is GRANTED. Judgment is entered in favor of Petitioners: (1) in the amount of $2,552,812.92, representing the Tribunal's award of costs ($1,248,764.46) and pre-award interest ($1,158,815.41), and an additional amount of post-award interest accrued as of the date of the filing of the Petition ($135,636.38); plus (2) additional post-award interest on the $4,000,000 Award Sum at the rate referred to in section 80(3) of the Arbitration Ordinance, which is currently 8.25% per annum, calculated from the date of filing of the Petition (November 20, 2025) to the date of judgment; accordingly, the case is closed.

**Dated**: New York, New York
July 1, 2026

**TAMMI M. HELLWIG**

_____
**Clerk of Court**

**BY:**       *K. Mango*

_____
**Deputy Clerk**